**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| VICTOR RIVERA,  :  | |
|   Petitioner,  : | |
| : | |
| v.  : | Case No. 3:01CR0213(AVC) |
| : | |
| UNITED STATES OF AMERICA,  : | |
|   Respondent.  : | |

**ORDER TO SHOW CAUSE**

On July 30, 2007, the petitioner, Victor Rivera, filed a motion for leave to file an untimely petition for a writ of habeas corpus. Within forty-five days of the entry of this order, the respondent is ordered to show cause as to why the relief requested in the motion should not be granted.

It is so ordered this 22nd day of August, 2007, at Hartford, Connecticut.

_____/s/_____
Alfred V. Covello, U.S.D.J.