# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR RIVERA, <br>     Petitioner, <br><br> Vs. <br><br> UNITED STATES OF AMERICA, <br>     Respondent, | Criminal No; 3:01-CR-0213 <br><br> U.S.D.C. Judge: A.V. Covello |

Leave To Late File A Writ Of Habeas Corpus
Pursuant To Titles 28 U.S.C. 2255 (4) And/Or 28 U.S.C. 1651
&
Indigent Prisoner's Request To Obtain The Transcripts
Pursuant To Tiles 28 U.S.C. 1915 And/Or 18 U.S.C.S. 3006, 5 U.S.C. 552

3:01CR213(AVC) November ___, 2007. The motion for leave to file a late motion for relief pursuant to 28 U.S.C. § 2255 is GRANTED. Although the petitioner's instant motion has stated the grounds for filing his § 2255 motion late, namely that his court-appointed attorney did not file a requested notice of appeal, it does not set forth the grounds for the underlying claim for relief pursuant to § 2255. Therefore, the petitioner is directed to file, within 30 days, his § 2255 motion to vacate, set aside, or correct sentence. The motion shall: 1) specify the grounds for relief available to the petitioner; 2) state the facts supporting each ground; and 3) state the relief requested.
    The motion for leave to file a petition pursuant to 28 U.S.C. § 1651 is DENIED as inapplicable and moot, as the petitioner's request can be addressed under 28 U.S.C. § 2255.
    The petitioner's request "seeking a copy of the transcripts and records" is GRANTED in part and DENIED in part. The clerk shall mail a copy of the indictment and any superseding indictment, any plea agreements in the court's file, and a copy of the sentencing transcript in this case to the petitioner. The request for "any notice of enhancements of sentence, or any written reasons for any downward departures," is DENIED, as such documents are not part of the court's files.
SO ORDERED.

                                      Alfred N. Covello
                                      United States District Judge