Dear Judge Covello

On April 29, 2002 I plead guilty to conspiring to posses with intent to distribute 50 grams or more of cocaine base on March 10, 2003 I was sentenced to 188 Months of imprisonment I have been in prison for over 5 years I was not A Major Player in my conspiracy I was Just A sick Drug user I know that I am responsible for my actions And I am paying the price youre Honor I am writing to ask you if you can help ME in any way I was told that the Crack law changed and they were getting two points reduction on sentencing I wrote my court Attorney A letter and asked if he would help me. But I have not heard Back from him I sent him A certified letter asking him to let ME know what to do and still have not heard from him I also asked for a copy of my sentencing Minutes and I have heard nothing from him youre Honor if you can please help ME with this, Thank you for youre time

*[signature]*

My case Number
(CRIM. NO 3.01CR213(AVC))