IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR RIVERA,                    :    CRIM.NO.3:01CR213(AVC)

    Movant,                      :    Judge Alfred V.Coyello

v.                                :

UNITED STATES OF AMERICA,         :

    Respondent.                  :

## MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

**COMES NOW,** the movant, Victor Rivera and hereby moves this Honorable Court with this Motion seeking the reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2). The Movant respectfully directs this Court's attention to the Memorandum in Support of the instant motion and for the reasons set forth therein, the movant respectfully requests that this Court grant his motion and reduce his sentence from 188 months to 151.

Respectfully submitted on this 26 day of August, 2008.

Victor Rivera #14393-014
FCC Forrest City-Medium
P.O. Box 3000
Forrest City,AR.72336-3000